

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to November 9, 2015. **No Further Extensions will be considered by the Court.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court